UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY COX,<br><br>                   Plaintiff,<br><br>          -against-<br><br>THE UNITED STATES, ET AL.,<br><br>                   Defendant. | 25 CIVIL 10837 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 1, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

SO ORDERED.

Dated:    April 6, 2026

          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                         Chief United States District Judge